IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 0.08-CV-60984 UU
JUDGE UNGARO/SIMONTON

CREATIVE DESPERATION INC. ET AL:

    Plaintiff(s),

vs.
KENDRICK MOXON ET AL

    Defendant(s).

PLAINTIFFS NOTICE OF JOINDER OF PLAINTIFF MGSI INC. AS PLAINTIFF

    Plaintiffs CREATIVE DESPERATION INC. and PETER LETTERESE individually ("Plaintiffs") pursuant to Rule 20 (A) hereby this Notice of Joinder of MGSI INC. a Delaware Corporation as a party Plaintiff in this proceeding in that MGSI INC. assets a right common to Plaintiffs in this action against the Defendants with respect to the same transactions, occurrences and series of occurrences and that the question of facts and law are common to all of the Plaintiffs in this action. The acts of Plaintiffs including MGSI Inc. as the holder of the rights from the Les Dane estate as alleged in this complaint and a party in interest to the outcome whose rights have been violated as the rights of Plaintiffs have been violated are rightful to adjudicated before this Court as common Plaintiffs to this proceeding.

    Plaintiffs intend to amend their complaint in this action shortly. No prior amendment has been filed and no party has filed a responsive pleading.

    WHEREFORE the Plaintiffs CREATIVE DESPERATION INC. AND PETER LETTERESE respectfully request that this Court take note of the joinder of MGSI Inc. as a party Plaintiff whose rights are aligned

with the Plaintiffs and whose interests are common with the Plaintiffs, and other relief as this Court deems proper.

I hereby certify that a true and correct copy of the foregoing was sent by electronic filing this 26 day of August 2008 and also mailed to all parties who have been served on the attached service list.

```
                                CHARLES D. FRANKEN PA
                                Attorney for Plaintiffs
                                8181 W. Broward Blvd
                                Suite 360
                                Plantation, Fl 33324
                                Tel (954) 476-7200
                                Fax (954) 424-0297

                                By:_____
                                   CHARLES D. FRANKEN FBN 224251
```