UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60984-CIV-UNGARO

CREATIVE DESPERATION, INC., *et al.*,
    Plaintiffs,

v.

KENDRICK L. MOXON, *et al.*,
    Defendants.

_____/

### ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendants Church of Scientology International and Bridge Publications, Inc.'s Motion to Dismiss, filed August 26, 2008 (D.E. 22.)

THE COURT has considered the Motion, pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED AS MOOT. Defendant's Motion is in response to Plaintiffs' Original Complaint, which has been superceded by Plaintiff's Amended Complaint filed on August 11, 2008. (D.E. 3.) Defendants shall file an answer to Plaintiff's Amended Complaint by or before **Friday, September 19, 2008 at noon**.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of September, 2008.

                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record