UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60984-CIV-UNGARO

CREATIVE DESPERATION, INC., *et al.*,
    Plaintiffs,

v.

KENDRICK L. MOXON, *et al.*,
    Defendants.

_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon the Rule 26(f) Joint Planning and Scheduling Conference, held on September 12, 2008.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. During the Conference, the Court noted that Plaintiffs filed their Original Complaint on June 27, 2008, but have not filed executed proof of service as to any of the Defendants. In order for the Court to properly consider the Plaintiffs' Amended Complaint, it requires responses from the Defendants and proof that Defendants have been properly served. It is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file an executed proof for each Defendant served by **5:00 p.m. on Monday, September 15, 2008.**

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of September, 2008

*(signature)*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record